**FILED**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

NOV 3 0 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:20 CR 93 |
| | Violations: 18 U.S.C. § 7(3) |
| | 18 U.S.C. § 113(a)(3) |
| KRISTEN RENE LITTLE, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault with a Dangerous Weapon with Intent to do Bodily Harm)

On or about August 21, 2019, at or near Preston County, West Virginia, in the Northern District of West Virginia, and within the special maritime and territorial jurisdiction of the United States, to wit: the Secure Female Facility at Federal Correctional Complex Hazelton, the defendant, **KRISTEN RENE LITTLE**, did intentionally and forcibly assault another inmate, D.W., with a dangerous weapon and with the intent to do bodily harm to D.W., in violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

*/s/ William J. Powell*
WILLIAM J. POWELL
United States Attorney

Brandon S. Flower
Assistant United States Attorney